```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
GERMAN A. MAHECHA,                              26-CV-455

                        Plaintiff,              COMPLAINT

            -against-                           PLAINTIFF DEMANDS
                                                TRIAL BY JURY
THE LONG ISLAND RAILROAD COMPANY,

                        Defendant.
---------------------------------------X
```

Plaintiff, **GERMAN A. MAHECHA**, complaining of defendant, by his attorneys, **LAW OFFICE OF PHILIP P. VOGT, PLLC.**, respectfully shows to this Court and alleges, upon information and belief:

**PRELIMINARY STATEMENT**

Plaintiff, GERMAN A. MAHECHA, an employee of the defendant, THE LONG ISLAND RAILROAD COMPANY, was injured in the course of his employment for the defendant, on August 11, 2023 on the LIRR's Right of Way adjacent to the passenger platform at the East Rockaway Station, East Rockaway, New York. The injuries Mr. Mahecha sustained on August 11, 2023 were sustained by reason of the defendant Long Island Railroad Company having failed to provide him with a safe workplace.

1

## JURISDICTION AND VENUE

**FIRST:** The actions herein arise under the Federal Employers' Liability Act, Title 45, United States Code Annotated, §§51-60, as hereinafter more fully appears.

**SECOND:** The place of the August 11, 2023 occurrence giving rise to that action is located in Nassau County in the State of New York.

## THE PARTIES

**THIRD:** The plaintiff, GERMAN A. MAHECHA, is a resident of the County of Nassau, and State of New York, and at all times hereinafter mentioned, was employed by the defendant, THE LONG ISLAND RAILROAD COMPANY, as a Station Appearance Maintainer.

**FOURTH:** At all times herein mentioned, the defendant, THE LONG ISLAND RAILROAD COMPANY (hereinafter "LIRR"), was a public benefit corporation organized and existing under and by virtue of the laws of the State of New York.

**FIFTH:** At all times herein mentioned, the defendant, LIRR's principal office and place of business was and still is in the County of Queens, City and State of New York.

**SIXTH**: At all times herein mentioned, the defendant, LIRR, was and now is a common carrier by rail engaged in interstate commerce between different states in the United States.

## AS AND FOR A FIRST CAUSE OF ACTION

**SEVENTH**: On August 11, 2023, the plaintiff, GERMAN A. MAHECHA, was working for the LIRR, in his craft as a Station Appearance Maintainer at the East Rockaway Station, East Rockaway, New York.

**EIGHTH**: That at all times hereinafter the defendant LIRR was the owner of the East Rockaway Station including the Right of Way adjacent to the East Rockaway Station.

**NINTH**: On the date aforesaid, while plaintiff was working at the area described in paragraph "SEVENTH" above, he was caused to sustain an injury when he stepped on debris which was on the loose earth sloped walking-working surface causing him to sustain injuries to his lower back and right leg with resultant concomitant pain, suffering, and disability all as a result of the negligence of defendant, its agent, servants and/or employees.

**TENTH**: Plaintiff's duties generally in defendant LIRR's employ were substantially in furtherance of interstate commerce, and directly, closely, and substantially affected such commerce.

3

**ELEVENTH**: At the time of the said occurrence, plaintiff was engaged in duties for defendant LIRR in furtherance of interstate commerce, said duties directly, closely, and substantially affecting such commerce.

**TWELFTH**: Said occurrence and the injuries resulting therefrom were the result of the LIRR's failure to provide the plaintiff with a safe place to work; the negligence of its officers, agents, or employees; defects or insufficiencies in the walking-working surface of the Right of Way adjacent to the East Rockaway Station, its negligence in its cars, engines, appliances, track, roadbed, works, boats, wharves or other equipment and work methods; its violation of the applicable sections of 29 C.F.R. Parts 1910.22, 1926.21, 1926.22 and 1926.25; its violation of its own Safety Rules including 300.3 and accepted industry practices; all in violation of its non-delegable duty to the plaintiff under 45 U.S.C. § 51.

**THIRTEENTH**: Said occurrence and the injuries resulting therefrom were due wholly and solely to the negligence of defendant, its agents, servants and employees, and the defects in defendant's property and equipment as aforesaid, without any fault or negligence on the part of plaintiff contributing thereto.

**FOURTEENTH**: By reason of the premises, plaintiff was severely and seriously injured; suffered and will continue in

4

the future to suffer pain and injury; has become sore, lame and disabled, and will be permanently injured; has lost and will lose in the future sums of money which he otherwise would have earned; has been compelled to spend sums of money and incur liability for medical treatment and medicine, and will incur such expenses in the future.

**FIFTEENTH**: By reason of the premises, plaintiff, GERMAN A. MAHECHA, has been damaged in a sum which exceeds the minimum jurisdictional requirements of this Court.

## AS AND FOR A SECOND CAUSE OF ACTION

**SIXTEENTH**: Plaintiff, GERMAN A. MAHECHA, repeats, reiterates and re-alleges each and every allegation contained hereinabove in paragraphs "FIRST" through "FIFTEENTH" inclusive with the same force and effect as if hereinafter set forth fully at length.

**SEVENTEENTH**: That the defendant's violation of 29 C.F.R. Parts 1910.22, 1926.21, 1926.22 and 1926.25, as set forth above constitutes negligence *per se*.

**EIGHTEENTH**: The sections of 29 C.F.R. Parts 1910.22, 1926.21, 1926.22 and 1926.25 set forth in the FIRST CAUSE OF ACTION are the type of statutes referred to in 45 U.S.C. Section 53 and 54a and pursuant to 45 U.S.C. Sections 53 and 54a the

defense of comparative negligence is unavailable to the defendant in this case.

**NINETEENTH:** By reason of the injuries and damages sustained in the August 11, 2023 occurrence, plaintiff has been damaged in a sum which exceeds the minimum jurisdictional requirements of this Court.

**TWENTIETH:** Pursuant to Federal Rules of Civil Procedure Rule 38, plaintiff, GERMAN A. MAHECHA, hereby demands a trial by jury in the above-captioned actions of all issues triable by jury.

**WHEREFORE,** plaintiff demands judgment against the defendant on each cause of action in a sum which exceeds the minimum jurisdictional requirements of this Court, together with the costs and disbursements of this action.

Dated:    New York, New York
          January 26, 2026

                                    Respectfully submitted,

                                    **LAW OFFICE OF PHILIP P. VOGT, PLLC**
                                    Attorneys for Plaintiff

                                By: _____
                                    PHILIP P. VOGT - PV0377
                                    225 West 34th Street, 9th fl.
                                    New York, New York 10122
                                    (212) 835-1640
                                    PhilipPVogt@PVogtlaw.com